SCWC-12-0000651

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

NIKOLAUS NETTER,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000651; CR. NO. 11-1-1531)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Kubo, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on February 28, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 15, 2014.

Jon N. Ikenaga                    /s/ Mark E. Recktenwald
for petitioner
                                  /s/ Paula A. Nakayama

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Edward H. Kubo, Jr.